Argued and submitted July 23,
affirmed as modified August 11, 1980

In the Matter of the Compensation of
GEORGE,
*Petitioner,*

*v.*

FIRESIDE CAFE,
*Respondent.*

(WCB Case No. 78-1157, CA 17074)

614 P2d 634

David W. Hittle, Salem, argued the cause and filed the brief for petitioner.

Samuel R. Blair, Salem, argued the cause for respondent. With him on the brief was Blair, Mac-Donald, Jensen & Lipscomb, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

**PER CURIAM.**

We have reviewed the record and find that even though claimant had only worked three days at the time of her injury, she was a full-time employe. The Board's award of compensation for temporary total disability based on part-time employment is therefore modified to that extent.

Affirmed as modified.